UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
:
EDISON IVAN MOREIRA-QUIJIJE,       :
:   Civil Action No. 17-5756 (NLH)
           Petitioner,             :
:
           v.                      :   MEMORANDUM OPINION
:
UNITED STATES DIST. COURT          :
FOR THE E. DIST. OF N.Y.,          :
:
           Respondent.             :
_____:

IT APPEARING THAT:

1. Petitioner Edison Ivan Moreira-Quijije ("Petitioner") has filed a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 before this Court. (ECF No. 1.)

2. In his Petition, Petitioner is requesting that the Court "expedite the motion for reduction of sentence, 18 U.S.C. § 3582(c)(2), which, pursuant to Amendment 782." (Pet. ¶ 15.)

3. To the best the Court can discern, it appears that Petitioner filed a Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) with the sentencing court, the United States District Court for the Eastern District of New York, in 2015. <u>U.S. v. Moreira-Quijije</u>, Crim. Action No. 11-380 (E.D.N.Y.).

4. While that motion was pending, Petitioner filed the instant habeas Petition, which appears to be a request to expedite a decision by the Eastern District of New York. Since

he filed the instant Petition, the District Court in the Eastern District has granted his motion for a sentence reduction. (Id.)

    5. Because it appears that he has received the only relief he was seeking, i.e. a decision on the sentence reduction motion, the Court will dismiss the instant Petition as moot. To the extent the Court has misconstrued the nature of Petitioner's claims or his requested relief, Petitioner may file a motion for reconsideration within 30 days of the date of this Memorandum Opinion.

    6. An appropriate order follows.


Dated: August 24, 2017            s/ Noel L. Hillman
At Camden, New Jersey          NOEL L. HILLMAN, U.S.D.J.